IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSHUA DAVID HELLER,<br><br>    Defendant. | 4:26CR3010<br><br>**CASE<br>TELEPHONE CONFERENCE<br>INSTRUCTIONS** |

To facilitate telephone conferences with Magistrate Judge DeLuca, <u>unless the court's order states otherwise</u>, counsel and the defendants shall use the following instructions and codes assigned to this case:

Dial 1-855-244-8681.

Enter the access code 2318 102 2958, then touch the # key.

DATED this 23rd day of January, 2026.

BY THE COURT:

*s/ Jacqueline M. Deluca*
United States Magistrate Judge